STANLEY G. HILTON, BAR NO. 65990
LAW OFFICES OF STANLEY G. HILTON
580 California Street, Ste. 500
San Francisco, California 94104
Tel: (415)378 6142
Fax: (415) 276 2388
Attorney for Plaintiff, JERRY DAVIS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JERRY DAVIS        No.  C 04 939 SI

              )
              )    STIPULATION AND ORDER
   Plaintiff, )
   v.         )
JOHN POTTER , )
   Defendants. )
              )

Plaintiff and defendants hereby stipulate to continue the motion to dismiss and case management conference from June 3 2005 to June 17 2005. at 2:30 p.m. Defendant may have until June 10 2005 to file a reply brief,

SO STIPULATED

DATE 5/23/05


_____/s/_____

STANLEY G HILTON

ATTY FOR PLAINTIFF

STIP TO CONT
DAVIS VS POTTER                                                                 1

_____/s/_____

JULIE ARBUCKLE

ATTY FOR DEFENDANT

ORDER:

IT IS SO ORDERED THAT the defendant's motion to dismiss and case management conference are continued from June 3 2005 to June 17 2005. Defendant may have until June 10 2005 to file a reply brief on the motion to



IT IS SO ORDERED

Judge Susan Illston

STIP TO CONT
DAVIS VS POTTER

2